■    In the Matter of CITY OF NEW YORK, DEPARTMENT OF WATER RESOURCES, ENVIRONMENTAL PROTECTION ADMINISTRATION, Appellant, v HENRY L. DIAMOND, as Commissioner of the Department of Environmental Conservation, Respondent, and COUNTY OF WESTCHESTER et al., Intervenors-Respondents.—Judgment, Supreme Court, Albany County, entered on January 24, 1974, affirmed, without costs, on the opinion of Larkin, J., at Special Term. Herlihy, P. J., Sweeney, Kane, Main and Reynolds, JJ., concur.

■    In the Matter of ROBERT B. HALLIDAY et al., Appellants, v PLANNING BOARD OF THE TOWN OF FENTON· et al., Respondents.—Judgment, Supreme Court, Broome County, entered on June 19, 1973, affirmed, with costs, on the opinion of Kuhnen, J., at Special Term. Herlihy, P. J., Greenblott, Main, Larkin and Reynolds, JJ., concur.